# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MULTIGROUP OF COMPANIES LLC,**

    **Plaintiff,**

**v.**                                        **Case No:   6:14-cv-36-Orl-31KRS**

**LAKE BUENA VISTA RESORT VILLAGE AND SPA and EB-5 MANAGEMENT,**

    **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Karla R. Spaulding (Doc. No. 16), recommending that Plaintiff's Complaint be dismissed without prejudice for lack of subject matter jurisdiction. On February 13, 2014, Plaintiff filed an Objection to the Report (Doc. No. 18) and an Amended Complaint (Doc. No. 17). The Amended Complaint renders the Report and Recommendation and the Objection thereto moot. It is therefore

**ORDERED** that the Clerk shall terminate the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 18, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party